## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **MARCUS INGRAM, Individually,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 1:19-cv-02688-SDG |
| : | |
| **DAKSH & LAKSHITA LLC** : | |
| **A Domestic Limited Liability Company** : | |
| : | |
| **Defendant.** : | |
| _____/ | |

## STIPULATION OF DISMISSAL

Plaintiff Marcus Ingram and Defendant Daksh & Lakshita, LLC., submit this joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This matter has been settled and therefore all claims pending or threatened in this matter are hereby dismissed WITH PREJUDICE.

Respectfully submitted this 26th day of February 2020.

/s/ Pete M. Monismith         /s/ TJ Milhill

| | |
|---|---|
| Pete M. Monismith, Esq.<br>GA Bar 941228<br>Pete M. Monismith, P.C.<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>ph. (724) 610-1881<br>pete@monismithlaw.com<br>**Attorney for Plaintiff** | TJ Milhill<br>180 Peachtree St. NE<br>#3000<br>Atlanta, GA 30309<br>(404) 891-6700<br>tjmillhill@owengleaton.com |